IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CR-63-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | ORDER |
| | ) | (Under Seal) |
| v. | ) | |
| | ) | |
| KENNETH MARK ROSADO | ) | |
| | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Consent Motion to Continue Sentencing, D.E. 31, the Proposed Order, the instant Motion to Seal, and this Order be sealed by the Clerk until further order by this Court.

SO ORDERED, this _____ day of March, 2026.

_____

RICHARD E. MYERS II

Chief United States District Judge