IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00063-M-RN
Case No. 5:26-CR-00001-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH MARK ROSADO,<br><br>Defendant. | ORDER |

This matter comes before the court on the United States' Notice of Intent Not to Seek Forfeiture [DE 51, 28]. In light of this Notice, the hearing scheduled during the September 21, 2026 term of court is VACATED. The Clerk of Court shall file an Amended Judgment consistent with this order.

SO ORDERED this 15th day of September, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE